ISMAIL RAMSEY
United States Attorney
MICHELLE LO
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge
FRANK J. ANDERS
SCOTT PERRYGO
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
West Coast Office
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6630
Facsimile: (415) 436-6632
E-mail: eric.kaufman-cohen@usdoj.gov; franklin.j.anders@usdoj.gov; scott.perrygo@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ERRICK WILLIAMS, | ) | Case No.: 3:22-cv-08945-RFL |
| | ) | |
| Plaintiff, | ) | In Admiralty |
| | ) | |
| vs. | ) | **JOINT CASE MANAGEMENT STATEMENT** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to this court's order dated December 15, 2023 (ECF 37), the Standing Order Standing Order for All Judges of the Northern District of California: Contents of Case Management Statement, and the Standing Order for Civil Cases Before Judge Rita F. Lin, the parties hereby submit the following Joint Case Management Statement:

    a.    <u>Date Filed</u>:

Plaintiff's Complaint was filed December 19, 2022 (ECF 1).

    b.    <u>Parties</u>:

The Plaintiff is Errick Williams, an individual. The Defendant is the United States of America, a sovereign entity.

    c.    <u>Claims</u>:

Plaintiff seeks damages for injuries he sustained due to the alleged negligence of Defendant. There are no counter-claims, cross-claims, or third party claims.

    d.    <u>Facts</u>:

Plaintiff was employed on vessel M/V CAPE ORLANDO. CAPE ORLANDO is a public vessel owned by the United States by and through the United States Department of Transportation, Maritime Administration ("MARAD"), and operated on behalf of the United States by Patriot Contract Services ("Patriot"). Patriot hired Plaintiff to work onboard the vessel for a voyage departing the Port of Oakland in May 2021. Plaintiff claims he suffered an injury while working as a member of the crew of CAPE ORLANDO while the vessel was at sea. Plaintiff claims this case arises from Defendant's United States failure to properly inspect, repair, and maintain the decks/walkways on the CAPE ORLANDO and to properly inspect, repair, and maintain its equipment from leaks in the purifier room, which allegedly created an unsafe condition which caused Mr. Williams to allegedly fall on or about August 30, 2021. All of which the United States denies. As a result of his alleged fall, Mr. Williams allegedly suffered injuries to his back, shoulder, and arm. Defendant United States denies that Plaintiff was injured as alleged.

///

///

e.  <u>Legal Issues</u>:

Plaintiff brought this personal injury case under the general maritime law and the Jones Act, 46 U.S.C. § 30104-30106, and the United States has waived its sovereign immunity, if at all, under the Public Vessels Act, 46 U.S.C. §§ 31101-31113 ("PVA") and the Clarification Act, 50 U.S.C. § 4701, which incorporates the Suits in Admiralty Act, 46 U.S.C. §§ 30901-30918. Plaintiff claims Jones Act negligence on the part of the United States, as owner of CAPE ORLANDO, to include negligence on the part of the crew of CAPE ORLANDO's crew.  Plaintiff also claims CAPE ORLANDO was unseaworthy. Plaintiff claims this alleged negligence and unseaworthiness were both proximate causes of the incident, his injuries, and resulting disabilities.   Plaintiff also claims that Defendant has failed to timely pay maintenance and cure. Defendant United States asserts that it breached no duty of care it owed Plaintiff and that no negligence on the part of the United States was the cause of Plaintiff's alleged injuries.  The United Sates further asserts  that  the CAPE ORLANDO was fit for its intended purpose and therefore seaworthy in every way. . The United States  denies it breached its obligations of timely maintenance and cure payments to Plaintiff.

f.  <u>Relief:</u>

Plaintiff seeks damages within the jurisdictional limits of this Court. At this time, Williams seeks monetary relief in an amount over $1,000,000, which includes unpaid maintenance, special damages (including costs of medical treatment, lost wages, etc.) and general damages (e.g., pain and suffering).

g.  <u>Discovery</u>:

Discovery is complete.

h.  <u>Related Cases</u>:

None.

i.  <u>Procedural History</u>:

There are no prior or pending motions, nor any ADR proceedings or settlement conferences scheduled, nor any appellate proceedings, nor previous referrals to a magistrate judge. The parties participated in private mediation on May 6, 2024 and the case did not settle.

  j. <u>Deadlines</u>:

The upcoming deadlines set by the court's scheduling order and administrative order dated January 29, 2024 (ECF 41) are as follows:

   1. Trial Date:      February 24, 2025

   2. Final Pretrial Conference: January 23, 2025

  k. <u>Modification of Deadlines</u>:

None.

  l. <u>Consent to Magistrate</u>:

Plaintiff and Defendant do not consent to magistrate jurisdiction for trial.

  m. <u>Emergency</u>:

No need exists for an immediate case management conference.

Dated: May 15, 2024

          ISMAIL RAMSEY
          United States Attorney
          MICHELLE LO
          Assistant United States Attorney
          Chief, Civil Division

          ERIC KAUFMAN-COHEN
          Attorney in Charge
          FRANK J. ANDERS
          Trial Attorney

          <u>/s/ Scott Perrygo</u>
          SCOTT PERRYGO
          Trial Attorney
          U.S. Department of Justice
          Civil Division, Torts Branch
          West Coast Office

          Attorneys for United States of America

Dated: May 15, 2024

          Michael Patrick Doyle
          Patrick M. Dennis
          Jeffrey Avery

          <u>s/ Patrick M. Dennis</u>

          Attorneys for Plaintiff Errick Williams

1
2     I certify that the content of this document is acceptable to Patrick M. Dennis and that I
3  have obtained authorization from him to affix his electronic signature to this document.

4  Dated: May 15, 2024.                    ISMAIL RAMSEY
                                           United States Attorney
5                                          MICHELLE LO
                                           Assistant United States Attorney
6                                          Chief, Civil Division

7                                          BRIAN BOYNTON
                                           Principal Deputy Assistant Attorney General
8
                                           ERIC KAUFMAN-COHEN
9                                          Attorney in Charge
                                           FRANK J. ANDERS
10                                         Trial Attorney

11                                          s/ Scott Perrygo
                                           SCOTT PERRYGO
12                                         Trial Attorney
                                           U.S. Department of Justice
13                                         Civil Division, Torts Branch
                                           West Coast Office
14
                                           Attorneys for United States of America
15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

  I hereby certify that on May 15, 2024, I served a copy of the foregoing JOINT CASE MANAGEMENT SCHEDULE via the ECF system upon the following counsel of record:

  Michael Patrick Doyle
  Patrick M. Dennis
  Jeffrey Avery
  DOYLE DENNIS LLP
  3401 Allen Pkwy, Suite 100
  Houston, Texas 77019
  Phone: 713.571.1146
  Fax: 713.571.1148

      /s/ Scott Perrygo
      SCOTT PERRYGO